No. 24-70003

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

OBEL CRUZ-GARCIA,
*Petitioner-Appellant,*

v.

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent-Appellee.*

On Appeal from the United States District Court, Southern District of Texas, Houston Division, No. 4:17-cv-3621

**UNOPPOSED MOTION TO FILE EXTRA-LENGTH REPLY IN SUPPORT OF MOTION FOR CERTIFICATE OF APPEALABILITY NOT TO EXCEED 8,750 WORDS**

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Petitioner-Appellant Obel Cruz-Garcia respectfully requests a word-limit increase of 1,250 words for his reply brief in support of his Motion for Certificate of Appealability, and would respectfully show as follows:

Pursuant to this Court's Rule 22, the word limits for motions for certificates of appealability are governed by Rule 32 of the Federal Rules

1

of Appellate Procedure. 5TH CIR. R. 22. Rule 32(a)(7)(B) provides that a principal brief is acceptable if it contains no more than 13,000 words, and a reply brief is acceptable if it contains no more than half that number, or 7,500 words. FED. R. APP. P. 32(a)(7)(B)(i)-(ii).

On July 16, 2024, Cruz-Garcia requested an additional 5,000 words for his Motion for Certificate of Appealability and Brief in Support. Docket Entry No. 37. On July 24, 2024, this Court granted-in-part and denied-in-part that request, and permitted Cruz-Garcia to exceed the word limit by 2,500 words. Docket Entry No. 42-2. Cruz-Garcia filed his Motion for Certificate of Appealability on July 29, 2024. Docket Entry No. 43. Respondent filed his Response on September 27, 2024. Docket Entry No. 52.

Cruz-Garcia requests an additional 1,250 words for his reply, which would extend the total word count to 8,750 words. The increase is proportional to the word-limit increase this Court granted Cruz-Garcia for his Motion for Certificate of Appealability and Brief in Support. Respondent is unopposed to the relief requested.

Mr. Cruz-Garcia has good cause to exceed the word limit by the requested amount. This is a factually and procedurally complex case, with an ROA that runs over 24,000 pages. The claims Cruz-Garcia pursued in

his Motion for Certificate of Appealability raise complex legal questions which, as the district court itself recognized, involve "significant legal matters" that required the district court to "make challenging decisions about important constitutional issues." ROA.6663-64. Additionally, the word-limit increase Cruz-Garcia seeks is modest and proportional to the increase this Court granted for Cruz-Garcia's Motion for Certificate of Appealability and Brief in Support.

For these reasons, Cruz-Garcia respectfully requests permission to file a reply brief in support of his Motion for Certificate of Appealability not to exceed 8,750 words.

Respectfully submitted,

Date: October 21, 2024

JASON D. HAWKINS
Federal Public Defender

*/s/ David Currie*
David Currie (24084240)
Assistant Federal Public Defender

Jeremy Schepers
Supervisor, Capital Habeas Unit
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defender

Office of the Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (fax)
david_currie@fd.org
jeremy_schepers@fd.org
naomi_fenwick@fd.org

## Certificate of Compliance

I certify that (1) this Motion was prepared in 14-point Century Schoolbook font using Microsoft Word software, (2) this Motion is 363 words, excluding the exempted by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

*/s/ David Currie*
David Currie

## Certificate of Conference

I certify that on October 21, 2024, I conferred by email with Craig Cosper, counsel of record for the Respondent-Appellee. He informed me that the Respondent-Appellee is unopposed to the relief requested.

*/s/ David Currie*
David Currie

## Certificate of Service

I hereby certify that on October 21, 2024, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

>  */s/ David Currie*
>  David Currie